## 𝕽𝖎𝖈𝖍𝖒𝖔𝖓𝖉

GWALTMEY AND OTHERS v. LYONS, TREASURER.

November 11, 1914.

Absent, Keith, P.

1. HIGHWAYS—*Commissioner of Roads for Norfolk County—Acts* 1912 *page* 53 *is Unconstitutional as a Whole.*—The provision of the act of March 4, 1914 creating the commissioner of roads and bridges for the county of Norfolk (Acts 1914, p. 53) requiring members of the commission to be freeholders is in violation of section 32 of the Constitution, declaring that, as a rule, every person qualified to vote shall be eligible to hold office. The freeholder requirement is not separable from the other provisions of the act, and hence the whole act is unconstitutional.

Original application for a *mandamus.*

*Refused.*

*Bowden & Heard,* for the petitioners.

*Jos. T. Lawless* and *Frank L. Crocker,* for the respondent.

BY THE COURT:

Upon a petition for a peremptory writ of *mandamus.*

This day came again the parties, by counsel, and the court having maturely considered the petition of the plaintiff, the answer of the respondent, and arguments of counsel, is of opinion that this case, in both aspects, is ruled by the decision of this court in *Black* v. *Trower,* 79 Va. 123. It is therefore considered by the court that the prayer for a *mandamus* be denied, that the petition of the plaintiffs be dismissed, and that the respondent recover against the plaintiff his costs by him about his defense herein expended.

*Mandamus refused.*